IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBORAH JOHNSON,                                   Civil Action File No.
                                                   1:21-cv-00248-MHC

       Plaintiff,

v.

WAL-MART, INC,
WAL-MART STORES EAST, LP,
WAL-MART.COM USA, LLC
AND XYZ CORPORATIONS 1-3,

       Defendants,

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties agree and stipulate to dismissal of this action with prejudice

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each

party shall bear its own respective costs and attorneys' fees.

*[Signatures on following page]*

Respectfully submitted, this 11th day of August, 2021.

_/s/ Catherine Payne_____
Catherine D. Payne
Georgia Bar No. 463911
Anne Marie du Toit
Georgia Bar No. 213320

PAYNE & DU TOIT
2275 Marietta Blvd. NW
Ste. 270-245
Atlanta, GA 30318-2019
(877) 238-3221
cpayne@pdtfirm.com
adutoit@pdtfirm.com

*(by CDP with express*
_/s/ Nicholas E. Deeb_____*permission)*__
Howard M. Lessinger
Georgia State Bar No. 447088
Nicholas E. Deeb
Georgia State Bar No. 117025
Attorneys for Defendants

McLAIN & MERRITT, P.C.
3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
hlessinger@mmatllaw.com
ndeeb@mmatllaw.com

The undersigned counsel certifies that the foregoing has been prepared with

one of the font and point selections approved by the court in LR 5.1B.

_/s/ Catherine Payne_____
Catherine D. Payne

2

**CERTIFICATE OF SERVICE**

This is to certify that on this 11th day of August, 2021, I electronically filed

this **Joint Stipulation of Dismissal with Prejudice** with the Clerk of Court using

the CM/ECF system which will automatically send email notification of such filing

to attorneys of record.

PAYNE & DU TOIT

___/s/ Catherine Payne_____
Catherine D. Payne
Georgia Bar No. 463911
*Attorneys for Plaintiff*

2275 Marietta Blvd NW
Ste. 270-245
Atlanta, GA 30318-2019
T: 404-381-2282
F: 404-777-5807
cpayne@pdtfirm.com

3